Entered on Docket May 23, 2023

**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: <br><br> YING LIU and ZHIWEN YANG, <br><br> Debtors. | Bankruptcy No. 22-10855-TWD |
| YING LIU and ZHIWEN YANG, <br><br> Plaintiffs, <br><br> v. <br><br> XIAOMING DING, <br><br> Defendant. | Adversary No. 23-01014-TWD <br><br> **ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS** |

THIS MATTER came before the Court on the Plaintiffs' motion for judgment on the pleadings [Docket No. 11] ("Motion"). The Court has reviewed and considered the Motion, all submissions in support of and in opposition to the Motion, the records and files in this proceeding, and the oral argument held on May 19, 2023. At the conclusion of the hearing on the Motion, the Court gave an oral ruling,

ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS - 1

which constitutes the Court's findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a).

It is hereby ORDERED that:

1. Judgment is entered in favor of the Plaintiffs.

2. All liens against the Plaintiffs' property arising from the Defendant's judgment against the Plaintiffs entered by the King County Superior Court in Case No. 20-2-15918-2 ("State Judgement") are void.

3. This Order may be filed or recorded with Washington state courts and county departments, including recorder's offices, as proof that all liens against the Plaintiffs' property arising from the State Judgment are void.

4. This is the final judgment in this adversary proceeding.

**/// End of Order ///**